862 F.2d 315
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Donnell THOMPSON, Petitioner-Appellant,
v.
Harry L. ALLSBROOK, Attorney General of North Carolina,
Respondents-Appellees.
 No. 88-7738.
 United States Court of Appeals, Fourth Circuit.
 Submitted Sept. 21, 1988.
Decided Nov. 8, 1988.
 
 Donnell Thompson, appellant pro se.
 Richard Norwood League, Office of Attorney General of North Carolina, for appellees.
 Before K.K. HALL, MURNAGHAN, and SPROUSE, Circuit Judges.
 PER CURIAM:
 
 
 1
 Donnell Thompson, a state prisoner, submitted his notice of appeal to prison authorities outside the 30-day period established by Fed.R.App.P. 4(a)(1).[1] It was therefore untimely. See Houston v. Lack, 56 U.S.L.W. 4728 (U.S. June 24, 1988) (No. 87-5428). In addition, he failed to move for an extension of the appeal period within the additional 30-day period provided by Fed.R.App.P. 4(a)(5).
 
 
 2
 The time periods established by Fed.R.App.P. 4 are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). Appellant's failure to note a timely appeal or obtain an extension of the appeal period deprives this Court of jurisdiction to consider this case. We therefore deny a certificate of probable cause and dismiss the appeal. We dispense with oral argument because the facts and legal arguments are adequately presented in the materials before the Court and oral argument would not significantly aid the decisional process.
 
 
 3
 DISMISSED.
 
 
 
 [1]
 For the purposes of this appeal, we assume that the date Thompson placed on the notice of appeal is the earliest date he would have submitted it to prison authorities